IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| INGURAN, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:14-CV-00778 |
| | § | |
| ABS GLOBAL, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Inguran LLC, and Defendant, ABS Global, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate and agree that the above-captioned action is dismissed *without prejudice*, with each party to bear its own fees and costs. The parties further stipulate that this dismissal will not be relied upon in support of, or in opposition to, Inguran's Partial Motions to Dismiss (Dkt. Nos. 17, 60) and Motion to Transfer (Dkt. No. 23) in co-pending *ABS Global, Inc. v. Inguran, LLC d/b/a Sexing Technologies,* Case No. 3:14-cv-00503, U.S. District Court for the Western District of Wisconsin.

Respectfully submitted this 2nd day of December, 2014

| | |
|---|---|
| */s/ Sarah A. Zylstra* | */s/ Michael J. Modl* |
| Sarah A. Zylstra | Michael J. Modl |
| Wisconsin State Bar No. 1033159 | Andrew J. Clarkowski |
| BOARDMAN & CLARK LLP | AXLEY BRYNELSON, LLP |
| One South Pinckney, Suite 410 | 2 E. Mifflin Street, Suite 200 |
| P.O. Box 927 | Madison, WI 53703 |
| Madison, Wisconsin 53701-0927 | Tel: (608) 257-5661 |
| Telephone: (607) 257-9521 | Fax: (608) 257-5444 |
| szylstra@boardmanclark.com | mmodl@axley.com |
| | aclarkowski@axley.com |

Daniel L Moffett
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, TX 78205
Telephone: (210) 281-7000
dmoffett@akingump.com

James L. Duncan, III
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
jduncan@akingump.com

**ATTORNEYS FOR PLAINTIFF INGURAN, LLC**

David T. Pritikin
William H. Baumgartner, Jr.
Kevin M. Fee, Jr.
Steven J. Horowitz
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dpritikin@sidley.com
wbaumgartner@sidley.com
kfee@sidley.com
shorowitz@sidley.com

Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
mjorgenson@sidley.com

Mark K. Glasser
SIDLEY AUSTIN LLP
600 Travis St., 31st Floor
Houston, TX 77002
Tel: (713) 315-9002
Fax: (713-315-9199
mglasser@sidley.com

**ATTORNEYS FOR DEFENDANT ABS GLOBAL, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system on December 2, 2014.

                                                  */s/Sarah A. Zylstra*
                                                  Sarah A. Zylstra